# EXHIBIT 7



Jack Marks <shutteramazon@gmail.com>

## RE:[CASE 11086889291] US - Brand Approval Request for Sigma

**Amazon Seller Support** <merch.service05@amazon.com>  Mon, Oct 31, 2022 at 10:27 PM
To: shutteramazon@gmail.com

SUBJECT: Important information about Sigma listings

Hello DV Village,

Thank you for your application to sell Sigma products. We have reviewed the documentation you provided and determined that you are not eligible to sell Sigma products. We evaluated the information you provided, but it did not pass our review.

We took this action to ensure the mutual success of our sellers and buyers on our site.

Has this message been sent in error?
If you believe that your listings should not require approval to sell because they are not Sigma products, respond to this case within the next 5 business days or request that we close this application if you are unable to provide the required documentation. Should you request to close this application, you are welcome to create a new application at a later time.

We're here to help.
If you have questions about this policy, you can contact us:
https://sellercentral.amazon.com/cu/contact-us

To view the full list of requirements, follow these steps:
1. Log into Seller Central.
2. Under the "Catalog" tab, select "View Selling Applications" to access the Selling Applications dashboard.
3. Locate the application you wish to review and click "Go to application."
4. Once you have obtained the documents that meet the requirements, upload them within the application and click "Submit."

To view your account performance, select "Account Health" on the home screen of the "Amazon Seller" app on your iOS or Android device, or go to the "Account Health" page in Seller Central:
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_pq

On iOS:
https://itunes.apple.com/us/app/amazon-Seller/id794141485

On Android:
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en

The Account Health page shows how well your account is performing against the performance metrics and policies required to sell in Amazon's store.

Thank you for selling with Amazon,

Neeraj K.
[Quoted text hidden]