# EXHIBIT 8

**Alejandro Miyar**

| | |
|---|---|
| **From:** | Michael Silberstein <MSilberstein@focuscamera.com> |
| **Sent:** | Monday, October 24, 2022 3:31 PM |
| **To:** | Alejandro Miyar |
| **Cc:** | Hannah Mullaney; Jennifer Ungar; Neil Trivedi; Yosef Bagdadi; David Rosenfeld; Legal - General Counsel; Chassy Kirzner |
| **Subject:** | Receipt of your Letter |
| **Attachments:** | DOC025.PDF; DOC026.PDF |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[External E-mail]

Alejandro,

Thank you very much for your time earlier on the phone. This email is in response to complaint ID: 10941177051. Attached you will find a letter, as I explained to you on the phone, that your client is misrepresenting products being sold and therefore causing customers to buy products with the wrong description and no warranty. This is called capturing sales that are misleading innocent bystanders.

What's even worse – the customer buys a product and will only find out months later that he got scammed, as the product has no warranty.

I'm not sure if you've ever dealt with Amazon in the past, but if I send this letter up to Amazon's headquarters, it might shut the entire Trading Deals/GM Photo account down completely. For now, it was just the ASIN.

As I told you on the phone, I am willing to sit on any call to see how we can try to make this work.

But I cannot allow others to kill the industry when authorized sellers are trying to make an honest living.

**Michael Silberstein**

E  MSilberstein@focuscamera.com
T  718-437-8831

1

 

# SIGMA

Jillian Gonzales
Sigma Corporation of America
15 Fleetwood Ct.
Ronkonkoma, NY 11779
October 24th, 2022

To Whom It May Concern:

Please be informed that GM Photo is not one of our authorized dealers. If GM Photo sells our products, the end user will not be eligible for a 4-year manufacturing warranty. If the product is sold outside of Sigma Corporation of America, and services/repairs are required and brought to our service center, we will charge a minimum of $250.00 to repair.

Sincerely,

Jillian Gonzales
Sales Administrator
Sigma Corporation of America
(631) 227-2023

SIGMA CORPORATION OF AMERICA

15 Fleetwood Court, Ronkonkoma, New York 11779, U.S.A.
TEL: 631-585-1144 | FAX: 631-585-1895

www.SigmaPhoto.com



# SIGMA

Jillian Gonzales
Sigma Corporation of America
15 Fleetwood Ct.
Ronkonkoma, NY 11779
October 24th, 2022

To Whom It May Concern:

Please be informed that Trading Deals is not one of our authorized dealers. If Trading Deals sells our products, the end user will not be eligible for a 4-year manufacturing warranty. If the product is sold outside of Sigma Corporation of America, and services/repairs are required and brought to our service center, we will charge a minimum of $250.00.

Sincerely,

*[signature]*

Jillian Gonzales
Sales Administrator
Sigma Corporation of America
(631) 227-2023