# EXHIBIT 1

# 393



1635 McDonald Ave
Brooklyn, NY 11230
United States
2125198383

**Order: 7723464**



FedEx Ground

Ordered On: 10/03/2022 11:18 AM

| Sold To | Ship To |
|---|---|
| GM Photo LLC<br>Morris Harari<br>1716 East Elizabeth Avenue<br>Linden, NJ 07036<br>United States<br>9177023261<br><br>morris@digitaltradingllc.com | GM Photo LLC<br>Morris Harari<br>1716 East Elizabeth Avenue<br>Linden, NJ 07036<br>United States<br>9177023261 |

Ship By: FedEx Ground

Tracking Number:

| Qty | SKU | Description | Unit Price | Line Total |
|---|---|---|---|---|
| 100 | 210101 | Sigma 18-35mm F1.8 ART DC HSM - Canon<br>UPC: 085126210540 | ▮ | ▮ |
| 90 | 745101 | Sigma 150-600mm f 5-6.3 DG OS HSM Contemporary Lens for Canon<br>UPC: 085126745547 | ▮ | ▮ |
| 25 | 745306 | Sigma 150-600mm f 5-6.3 DG OS HSM Contemporary Lens for Nikon F<br>UPC: 085126745554 | ▮ | ▮ |
| 48 | SIG585965 | Sigma 18-50mm f 2.8 DC DN Contemporary Lens Sony E-Mount<br>UPC: 085126585655 | ▮ | ▮ |
| 60 | SIG2470SONE | Sigma 24-70mm f 2.8 DG DN Art Lens for Sony E  578965<br>UPC: 085126578657 | ▮ | ▮ |
| 30 | 576954 | Sigma 24-70mm F2.8 Art DG HSM OS Lens for Canon EF 576954<br>UPC: 085126576547 | ▮ | ▮ |
| 40 | 89E965 | Sigma Mount Converter MC-11 For Use With Canon SGV Lenses for Sony E<br>UPC: 085126932503 | ▮ | ▮ |
| | | | SubTotal: | ▮ |
| | | | Shipping: | $0.00 |

| | Tax: | $0.00 |
|---|---|---|
| | Order Total: | ███ |