# EXHIBIT 2



Michael Sinnott
Sigma Corporation of America
15 Fleetwood Ct.
Ronkonkoma, NY 11779
October 14th, 2022

To Whom It May Concern:

Please be informed that Circuit City is an authorized distributor of Sigma and is able to resell all Sigma products.

Please feel free to contact me if you have any further questions.

Have a great day!

Michael Sinnott
Sales Operations Supervisor
Sigma Corporation of America
(631) 227-1013

SIGMA CORPORATION OF AMERICA

15 Fleetwood Court, Ronkonkoma, New York 11779, U.S.A.
TEL: 631-585-1144 | FAX: 631-585-1895

www.SigmaPhoto.com