# EXHIBIT 4

From: **Gabriel Simony** <gabriel@gmphotollc.com>
Date: Sun, Oct 9, 2022 at 10:33 AM
Subject: Complaint ID: 10941177051
To: <ckirzner@focuscamera.com>

Dear Chassy,

We have recently been notified that you have filed a false claim against our Amazon store claiming that the items we are selling are counterfeit. All of our items are brand new USA models and purchased through authorized channels. We are not sure how you, a competitor, filed a claim on a main listing item however you have done so fraudulently. We will report this fraud to Amazon and contact our attorney(s) to commence proceedings against you. As a competitor and reseller of this product you are effectively committing fraud by wrongfully slandering our company and damaging our Amazon account. We fully intend to seek damages as a result of this action unless a retraction is processed without haste. Our representatives at Berger, Singerman LLP have successfully pursued other false allegations on our behalf. We expect a resolution within 24hrs of this email.

Gabe Simony
Gm Photo LLC