UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
GM PHOTO, LLC, a New Jersey limited :
liability company, :
:
                           Plaintiff, :        22-CV-10339 (VSB)
:
           -against- :           **ORDER**
:
FOCUS CAMERA, INC., a New York :
corporation, MICHAEL SILBERSTEIN, an :
individual, and CHASSY KIRZNER, an :
individual, :
:
                        Defendants. :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On December 7, 2022, Plaintiff filed a motion for preliminary injunction, along with an accompanying memorandum of law and affidavit. (Docs. 4–6.) I endorsed a revised order to show cause on December 15, 2022 and scheduled the preliminary injunction hearing for January 20, 2023. (Doc. 12.) On December 29, 2022, Plaintiff filed another proposed order to show cause without emergency relief, along with the same memorandum of law and affidavit that were filed with the initial proposed order to cause on December 7, 2022. (Docs. 20–22.) Accordingly, it is hereby:

      ORDERED that Plaintiff file a letter by January 6, 2023, indicating whether there are any outstanding issues raised in the newly filed order to show cause papers that need to be addressed prior to the hearing scheduled for January 20, 2023.

SO ORDERED.

Dated: December 30, 2022
       New York, New York

                                                   Vernon S. Broderick
                                                  United States District Judge