UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GM PHOTO, LLC,<br><br>                                            Plaintiff,<br><br>v.<br><br>FOCUS CAMERA, INC., MICHAEL SILBERSTEIN, and CHASSY KIRZNER,<br><br>                                              Defendants. | Civil Action No.:  22-cv-10339 (VSB)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, Wilson Elser Moskowitz Edelman & Dicker LLP, attorneys for Defendants FOCUS CAMERA, INC., MICHAEL SILBERSTEIN, and CHASSY KIRZNER, as supported by all pleadings and proceedings had heretofore herein, hereby moves this Court, before the Hon. Vernon S. Broderick at the United States District Court, 40 Foley Square, New York, NY 10007, for an order pursuant to Fed. R. Civ. P. 12(c) for judgment on the pleadings dismissing Plaintiff's Complaint, in its entirety, together with such further and other relief as this Court may deem just.

Dated:    New York, New York
               February 9, 2023

                                            Respectfully submitted,

                                            **WILSON, ELSER, MOSKOWITZ,**
                                             **EDELMAN & DICKER, LLP**

          By:     _____
                    Jura C. Zibas
                    Stephen J. Barrett
                  150 East 42nd Street
                  New York, New York 10017-5639
                  (212) 490-3000
                  Jura.Zibas@wilsonelser.com
                  Stephen.Barrett@wilsonelser.com
                  File No. 12741.00151