UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GM PHOTO, LLC,<br><br>          Plaintiff,<br><br> v.<br><br>FOCUS CAMERA, INC., MICHAEL SILBERSTEIN, and CHASSY KIRZNER,<br><br>          Defendants. | Civil Action No.:  22-cv-10339 (VSB)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, Wilson Elser Moskowitz Edelman & Dicker LLP, attorneys for Defendants FOCUS CAMERA, INC., MICHAEL SILBERSTEIN, and CHASSY KIRZNER, as supported by all pleadings and proceedings had heretofore herein, hereby moves this Court, before the Hon. Vernon S. Broderick at the United States District Court, 40 Foley Square, New York, NY 10007, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff's Amended Complaint, in its entirety, together with such further and other relief as this Court may deem just and proper.

Dated: New York, New York
    March 16, 2023

                 Respectfully submitted,

                 **WILSON, ELSER, MOSKOWITZ,**
                 **EDELMAN & DICKER, LLP**

       By: _____
                 Stephen J. Barrett
                 Jura C. Zibas
                 150 East 42nd Street
                 New York, New York 10017-5639
                 (212) 490-3000
                 Jura.Zibas@wilsonelser.com
                 Stephen.Barrett@wilsonelser.com
                 File No. 12741.00151