UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GM PHOTO, LLC<br><br>                              Plaintiff,<br><br>v.<br><br>FOCUS CAMERA, INC., MICHAEL SILBERSTEIN, and CHASSY KIRZNER<br><br>                              Defendants. | Civil Action No.: 22-cv-10339 (VSB)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the annexed the Memorandum of Law, and upon all pleadings and proceedings had heretofore herein, Wilson Elser Moskowitz Edelman & Dicker LLP, attorneys for Defendants FOCUS CAMERA, INC., MICHAEL SILBERSTEIN, and CHASSY KIRZNER ("Defendants"), hereby move this Court, before the Hon. Vernon S. Broderick at the United States District Court, 40 Foley Square, New York, New York 10007, for an order pursuant to Federal Rules of Civil Procedure 26(c) and 26(d) staying all proceedings in this action, pending the Court's ruling on Defendants' motion to dismiss (Dkt. No. 53-54), and awarding such further and other relief as this Court may deem just and proper.

Dated:  New York, New York
           April 12, 2023                                    Yours, etc.

                                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

                                        By: /s/ Stephen Barrett_____
                                            Stephen J. Barrett
                                            Jura C. Zibas
                                            150 East 42nd Street
                                            New York, New York 10017-5639
                                            (212) 490-3000
                                            Stephen.Barrett@wilsonelser.com
                                            Jura.Zibas@wilsonelser.com
                                            File No.: 12741.00151
                                            *Attorneys for Defendants*