UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
GM PHOTO, LLC,  :
:
Plaintiff,  :
:   22-CV-10339 (VSB)
-against-  :
:   **ORDER**
:
FOCUS CAMERA, INC., MICHAEL  :
SILBERSTEIN, and CHASSY KIRZNER,  :
:
Defendants.  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement in principle. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 28, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Vernon S. Broderick
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge